IN THE SUPREME COURT OF THE STATE OF DELAWARE

BRYAN EDWARDS,                        §
                                      § No. 338, 2025
    Defendant Below,           §
    Appellant,                 § Court Below—Superior Court
                                      § of the State of Delaware
    v.                         §
                                      § Cr. ID No. 2010006043 (N)
STATE OF DELAWARE,                    §
                                      §
    Appellee.                  §

Submitted: October 14, 2025
Decided: November 13, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the opening brief, the motion to affirm, and the record on appeal, the Court concludes that the judgment of the Superior Court should be affirmed on the basis of the Superior Court's July 11, 2025 order denying the appellant's motion under Superior Court Rule of Criminal Procedure 35(a).

NOW, THEREFORE, IT IS ORDERED that the Motion to Affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice